UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **TREASA A. CROUCH,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:04CV125-DJS |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on August 2, 2005, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #12] is accepted and adopted.

Dated this  19th  day of August, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE